[No. 9943-4-I. Division One. August 10, 1983.]

VINCENT HANSON, ET AL, *Respondents,* v. WILLARD A. LAWSON, ET AL, *Respondents,* WAYNE HANCOCK, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Skagit County, No. 40308, Thomas G. McCrea, J., entered February 11, 1981. *Affirmed* by unpublished opinion per Williams, J., concurred in by Andersen, C.J., and Ringold, J.

[No. 5832-4-II. Division Two. August 12, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTHONY LOWE, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 81-1-00126-1, Jay W. Hamilton, J., entered September 14, 1981. *Affirmed* by unpublished opinion per Petrich, C.J., concurred in by Reed and Worswick, JJ.

[No. 5752-2-II. Division Two. August 12, 1983.]

ROBERT A. ERIKSON, ET AL, *Appellants,* v. MICHAEL ROZUMNY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 293655, James V. Ramsdell, J., entered July 14, 1981. *Affirmed as modified* by unpublished opinion per Petrich, C.J., concurred in by Reed and Worswick, JJ.